**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:13CR121** |
| **Plaintiff,** | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **SAMUEL SANCHEZ-MENDOZA,** | ) | |
| **Defendant.** | ) | |

Before the Court are the Findings and Recommendation of Magistrate Judge F. A. Gossett (Filing No. 34). No objections have been filed. Under 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the record, including the parties' briefs and the transcript of proceedings, and adopts the Findings and Recommendation in their entirety.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (Filing No. 34) are adopted in their entirety; and

2. The Defendant's motion to suppress (Filing No. 23) is denied.

DATED this 2nd day of August, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge